ARLENE E. ROTH, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROY JACKSON, *ET AL.*, DEFENDANTS; UNSATISFIED CLAIM AND JUDGMENT FUND BOARD, DEFENDANT-PETITIONER.

*Mr. Charles J. Kahwaty* for the petitioner.

*Messrs. Nussbaum, Kaplan, Rosenthal & Rubinowitz* for the respondents.

July 8, 1968. Denied.

FRANK BRISCOE COMPANY, INC., PLAINTIFF-PETITIONER, v. SUBURBAN TRUST COMPANY, DEFENDANT-RESPONDENT, AND E. FRED SULZER, *ET AL.*, DEFENDANTS.

*Messrs. Levy, McCloskey & Schlesinger* for the petitioner.

*Mr. Sanford Silverman* for the respondent.

July 8, 1968. Denied.

VIRGINIA A. LUMLEY, PLAINTIFF-RESPONDENT, v. YACHT CLUB OF STONE HARBOR, DEFENDANT-PETITIONER.

*Mr. Nathan C. Staller* for the petitioner.

*Mr. James A. O'Neill* for the respondent.

July 8, 1968. Denied.